# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JEREMY JOHNSON,

         *Plaintiff*

v.

BERVEN/UPTOWN, LLC., individually, BERVEN, INC., individually,

         *Defendant*

Civil Action No.  4:21-CV-5040-RMP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 30, 2021

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 12, is GRANTED. Plaintiff's Complaint is dismissed with prejudice and without fees or costs to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson  on a motion for

Date:  11/30/2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
        *(By) Deputy Clerk*
Lennie Rasmussen